UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

THE TIGER SPORTS SHOP, INC.,

                Defendant.

1:22-cv-10348 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Initial Pretrial Conference scheduled for April 21, 2023 at 3:30 PM is ADJOURNED to June 2, 2023 at 11:00 AM.  The parties should dial (646) 453-4442 and use Conference ID: 225 974 662#

    The Clerk of Court is respectfully requested to terminate docket entry 16.

**SO ORDERED.**

**Date: April 18, 2023**
**New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**