```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

-against-

THE TIGER SPORTS SHOP, INC.,

                      Defendant.

1:22-cv-10348 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Post-Discovery Conference previously scheduled for October 10, 2023 at 2:00 PM is ADJOURNED to December 12, 2023 at 11:30 AM. The Conference will take place in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date: August 24, 2023
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**